

**Wolters Kluwer**
Corporate Legal Services

CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

**MEMO ENDORSED**

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2012

January 20, 2012

*Endorsement*
*Docket and file.*
*So Ordered.*
*[signature] Naomi Reice Buchwald, USDJ*

*February 1, 2012*

United States District Court - Southern District
500 Pearl Street,
New York, NY 10007

Re: Fountainhead Capital Partners Limited, Pltf. vs. Sino-Shipping Holdings, Inc., Dft.

Case No. 11CIV9485

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

[signature]

Melanie McGrath
Senior Corporate Operations Specialist

Log# 519831367

FedEx Tracking# 793140080960

cc: Scott A. Griffin
    Marshall Grant & Griffin, P.L.
    380 Lexington Avenue,
    17th Floor,
    New York, NY 10168

Arrow    Page 1 of 1

From: (302) 658-7581  Origin ID: ZWIA
McGrath
CT - Wilmington SOP Team
1209 Orange Street
Wilmington, DE 19801



J11201108050225

SHIP TO: (302) 658-7581    BILL SENDER
**United States District Court - Sout**

**500 Pearl Street**

**New York, NY 10007**

Ship Date: 20JAN12
ActWgt: 1.0 LB
CAD: 103010220/WSXI2500

Delivery Address Bar Code

Ref #   SOP/0503900/519831367/McGrath
Invoice #
PO #
Dept #

TUE - 24 JAN  A1
** 2DAY **

TRK# 7931 4008 0960
0201

**SB FIDA**

10007
NY-US
EWR



50FG2/A78E/F5F4

http://arrow.ctadvantage.com/NetworkAccess/SOP_ViewLabel.aspx?DocId=2B0D68FC0...    1/20/2012