AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11 CIV 9485

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SINO-SHIPPING HOLDINGS, INC
was received by me on *(date)* 01/20/12.

☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SCOTT LASCALA, who is
designated by law to accept service of process on behalf of *(name of organization)* SINO-SHIPPING
HOLDINGS, INC, 1209 Orange St, Wilm, DE on *(date)* 01/20/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/20/12

_Duane Minshall_
Server's signature

Duane Minshall, PRIVATE INVESTIGATOR
Printed name and title

1167 West Baltimore P.ke, 14E
Media, PA 19063
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| FOUNTAINHEAD CAPITAL PARTNERS, LIMITED <br><br> *Plaintiff* <br><br> v. <br><br> SINO-SHIPPING HOLDINGS, INC. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. <br> ) **11 CIV 9485** <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SINO-SHIPPING HOLDINGS, INC.
c/o United Corporate Services, Inc., Registered Agent
874 Walker Road, Suite C, Dover, DE 19904
OR
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott A. Griffin, Esquire
Marshall Grant & Griffin, P.L.
380 Lexington Avenue, 17th Floor
New York, New York 10168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

DEC 2 3 2011

Date: _____

_____
*Signature of Clerk or Deputy Clerk*