LAW OFFICES OF VINCENT E. BAUER
475 PARK AVENUE SOUTH, 25TH FLOOR
NEW YORK, NEW YORK 10016
Tel: 212-575-1517
Fax: 212-689-2726

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

FOUNTAINHEAD CAPITAL PARTNERS,
LIMITED,

Plaintiff,  Civil Action No.: 11 Civ. 9485

       against

SINO-SHIPPING HOLDINGS, INC.,

Defendant.
-------------------------------------------------------------X

### NOTICE OF APPEARANCE ON BEHALF OF
### FOUNTAINHEAD CAPITAL PARTNERS, LIMITED

PLEASE TAKE NOTICE THAT the undersigned hereby appears in this action on behalf of

Plaintiff Fountainhead Capital Partners, Limited.

Dated: May 2, 2012

                                       _s/_____

                                       Vincent Bauer
                                       Law Offices of Vincent E. Bauer
                                       475 Park Avenue South, 25th floor
                                       New York, NY 10016
                                       212-575-1517