# AFFIDAVIT OF SERVICE

**State of NEW YORK**          County of          **Southern District Court**

Index Number: 11 CIV 9485
Date Filed: 12/23/2011

Plaintiff:
**FOUNTAINHEAD CAPITAL PARTNERS LIMITED**
vs.
Defendant:
**SINO-SHIPPING HOLDINGS, INC**

For: Vincent Bauer
    LAW OFFICES OF VINCENT E. BAUER

Received by Hughes Legal Services on the 26th day of May, 2012 at 2:07 pm to be served on **SINO-SHIPPING HOLDINGS, INC C/O ADAM FRIEDMAN, 28 WEST 44 STREET, SUITE 1111, NEW YORK, NY 10036.** I, Alex Grebenkov, being duly sworn, depose and say that on the 14th day of June, 2012 at 12:45 pm., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Adam Friedman as general agent.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: M, White skin, 65 yrs old, 5'4"-5'7", 161-200 lbs.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2), Notary not required.

Subscribed and Sworn to before me on the 19th day of June, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HOWARD EHRLICH
Notary Public, State of New York
No. 01EH6244986
Qualified in Richmond County
Commission Expires July 18, 2015

PROCESS SERVER # 1356752
Appointed in accordance with State Statutes

**Hughes Legal Services**
9805 Arbor Oaks Lane
#304
Boca Raton, FL 33428
(561) 208-1129
Our Job Serial Number: 2012000305