USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

FOUNTAINHEAD CAPITAL PARTNERS
LIMITED,

        - against -

SINO-SHIPPING HOLDINGS, INC.,

                  Defendant.

------------------------------------X

<u>ORDER</u>

11 Civ. 9485 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the plaintiff has presented no evidence that CT Corporation was the proper agent for its service of process on the defendant on January 20, 2012; and

    **WHEREAS** the plaintiff conceded in its January 7, 2014 letter to the Court that its subsequent service of process on Adam Friedman did not constitute service on the defendant; and

    **WHEREAS** the defendant has therefore never been properly served pursuant to Fed. R. Civ. P. 4 and time to do so has passed; it is hereby ordered

    **ORDERED** that the plaintiff's motion for default judgment is denied and the case is dismissed without prejudice.

Dated:     New York, New York
           January /3, 2014

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorneys for Plaintiffs**
Joe M. Grant, Esq.
Adam D. Marshall, Esq.
Larry Pecan, Esq.
Marshall Grant & Griffin, P.L.
197 S. Federal Highway, Suite 300
Boca Raton, FL 33432

Vincent E. Bauer
475 Park Avenue South, 25th Floor
New York, NY 10016

2